PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Hector Guadalupe             Cr.: 19-00316-001
                                                                        PACTS #: 66666

Name of Assigned Judicial Officer:      THE HONORABLE SUSAN D. WIGENTON
                                            UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:     THE HONORABLE CATHY BISSOON
                                            UNITED STATES DISTRICT JUDGE, WD/PA

Date of Original Sentence: 08/18/2015

Original Offense:     Count One: Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin, 21 U.S.C. 846

Original Sentence: 87 months imprisonment, 10 years supervised release, $100 special assessment

Special Conditions: Substance Abuse Testing and Treatment, Search/Seizure, Vocational Training

Type of Supervision: Supervised Release             Date Supervision Commenced: 04/03/2019

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | During a home visit on September 23, 2020, the offender submitted to urinalysis testing. The instant test returned a presumptive positive result for marijuana, and the offender verbally admitted to use on September 18, 2020. |

U.S. Probation Officer Action:

The probation officer discussed and counseled the offender regarding his recent admitted use of marijuana. The offender expressed embarrassment over his decision, acknowledging that his use resulted from the stress of "always being home" due to the COVID-19 pandemic. The undersigned officer used the STARR Skill of Effective Use of Disapproval, a cognitive behavioral therapy tool that assisted the offender in recognizing the extrinsic and intrinsic consequences of his behavior, as well as recognize pro-social alternatives. At this time, we will continue to monitor the offender, increase urine testing, and we are not requesting Court intervention. Respectfully, we offer submission of this *Report on Offender Under Supervision* for informational purposes.

Prob 12A – page 2
Hector Guadalupe

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Gisella M. Bassolino*

By:   GISELLA M. BASSOLINO
Senior U.S. Probation Officer

/ gmb

APPROVED:

*Sharon O'Brien   October 13, 2020*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

*s/Susan D. Wigenton*
Signature of Judicial Officer

October 14, 2020
Date