PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hector Guadalupe                           Cr.: 19-00316-001
                                                            PACTS #: 66666

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/18/2015

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin, 21 U.S.C. 846

Original Sentence: 87 months imprisonment, 10 years of supervised release

Special Conditions: Substance abuse testing/treatment, $100 Special Assessment, Search/Seizure, Vocational Services

Type of Supervision: Supervised Release           Date Supervision Commenced: 04/03/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**<br><br>On May 20, 2021, Guadalupe tested positive for THC. He admitted he used marijuana on May 2, 2021. Guadalupe noted he and his wife have been going through a divorce and he made a mistake. |

U.S. Probation Officer Action:
The U.S. Probation Office recommends that no further action be taken at this time. The probation officer will increase testing and has implemented cognitive skill training utilizing STARR (Staff Traning Aimed at Reducing Recidivism); such will assist Guadalupe explore prosocial alternatives to drug use. The U.S. Probation Office will notify the Court of any further noncompliance.

Respectfully submitted,

Prob 12A – page 2
Hector Guadalupe

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*
By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien      June 10, 2021*
SHARON O'BRIEN             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

June 10, 2021
Date